```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11265
    SANDRA HOBSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-7388


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/23/2007 and was not confirmed.

      The case was dismissed without confirmation 08/06/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG          .00           .00             .00
CORTRUST                  UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED         3879.89            .00             .00
COMCAST                   UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED         2879.56            .00             .00
NICOR GAS                 UNSECURED       NOT FILED            .00             .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE   19500.00             .00             .00
FIA CARD SERVICES         UNSECURED         3879.89            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      1,614.00                            .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                          1,723.86

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 1,723.86

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                    1,723.86
                     --------------          --------------
TOTALS                  1,723.86                 1,723.86
```

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 11265 SANDRA HOBSON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/03/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE